**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Kylan Scheele | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:18-CV-00407 |
| | ) | |
| v. | ) | |
| | ) | |
| Independence School District, | ) | |
| | ) | |
| Defendant, | ) | |

## ENTRY OF APPEARANCE

Attorneys Duane Martin and J. Drew Marriott enter their appearance on behalf of Defendant Independence School District ("School District").

The School District will shortly file a Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order. The School District respectfully requests the Court review the School District's Memorandum in Opposition before ruling on Plaintiff's Motion, as Plaintiff has failed to provide a Verified Complaint, failed to make a showing of irreparable harm as students do not have a property interest in attending a commencement ceremony, there is no probability of success on the merits, the injury to the District and others outweighs any to Plaintiff, and public interest (in light of recent school violence) weighs heavily in favor of the District.

Respectfully submitted,

EDCOUNSEL, LLC

By: *s/ J. Drew Marriott*
    Duane A. Martin, MO #44204
    dmartin@edcounsel.law
    J. Drew Marriott, MO #63059
    dmarriott@edcounsel.law
    Ryan S. VanFleet, MO #64210
    rvanfleet@edcounsel.law
    201 North Forest Ave., Ste. 200
    Independence, Missouri 64050
    (816) 252-9000
    (816) 252-9009 (facsimile)
    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court electronically and emailed to Attorneys for Plaintiff on May 25, 2018:

Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**

*/s/ J. Drew Marriott*